<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6832**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    versus

ROBERT BECKWORTH,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Anderson. Henry M. Herlong, Jr., District Judge. (CR-96-93-1, CA-00-3004-8)

———————

Submitted: September 20, 2001    Decided: September 27, 2001

———————

Before LUTTIG, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert Beckworth, Appellant Pro Se.  Isaac Louis Johnson, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Beckworth seeks to appeal the district court's order denying his motion for a certificate of appealability filed under 28 U.S.C.A. § 2253(c)(1) (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Beckworth, Nos. CR-96-93-1; CA-00-3004-8 (D.S.C. May 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2